IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-M-1140

STEPHANIE J. MARTIN,

        Plaintiff,

v.

HARTFORD LIFE AND ANNUITY INSURANCE COMPANY,

        Defendant.

## ORDER OF DISMISSAL

    Counsel having filed a Stipulated Motion for Order of Dismissal with Prejudice on July 12, 2005, it is

    ORDERED that this action is dismissed with prejudice, each party to bear her or its own attorneys' fees and costs.

    DATED: July 13th, 2005.

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____

                                          Richard P. Matsch, Senior District Judge